# United States Court of Appeals
## For the First Circuit

Nos. 13-2017, 13-2047, 13-2072

UNITED STATES,

Appellee,

v.

WENDELL RIVERA-RUPERTO, a/k/a Arsenio Rivera,
MIGUEL SANTIAGO-CORDERO,
DAVIEL SALINAS-ACEVEDO,

Defendants, Appellants.

**ERRATA SHEET**

The opinion for this Court issued January 13, 2017 is amended as follows:

On page 5, line 23: change "35-years" to "35-years'"

On page 12, line 3: change "25-years" to "25-years'"

On page 12, line 6: change "105 years" to "105-years'"

On page 17, line 12: change "10-years" to "10-years'"

On page 17, line 15: change "35-years" to "35-years'"

On page 22, footnote 7, line 2: change "19-years" to "19-years'"